# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                         NO. 2022 KW 0464

VERSUS

CORTEZ WATSON                                             **APRIL 29, 2022**

---

In Re:     State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 20-05634.

---

**BEFORE:     GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
WRC

**Holdridge, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT